UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LUCRETIA VITATOE, individually and on
behalf of all other similarly situated,

    Plaintiff,

vs.   Civil Action No.: 1:11-cv-1312-DML-WTL
**CLASS ACTION**

CITIZENS STATE BANK OF NEW CASTLE.

    Defendant.

### **PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Lucretia Vitatoe, ("Plaintiff"), by counsel, hereby submits his Preliminary Witness and Exhibit Lists. Plaintiff reserves the right to revise these lists as litigation continues.

### **Witnesses**

1. Plaintiff, Lucretia Vitatoe.
2. Corporate Representative of the Defendants.
3. Any person disclosed in discovery having knowledge of the policy and procedures in operating or ownership of the ATMs.
4. Any party to the case.
5. Any person necessary to identify and authenticate any exhibits in this case.
6. Any necessary rebuttal witnesses which at this time may be unknown.
7. Any person either Defendant or non-party discloses supporting or negating any defense stated in the Answers.

1

**Exhibits**

1. Copy of original receipt.

2. Photograph of ATMs.

3. Any agreement between the Defendants or third parties relating to the ownership, servicing, programming, maintenance or operation of the ATMs.

4. Any and all documents relating to the transactions of the ATMs in possession of the parties or third party.

5. Any and all documents relating to the procedures and policies in place to comply with EFTA.

6. Any and all documents obtained during the course of discovery, including non-party discovery production.

7. Any and all documents related to any defense listed in the answers.

The Plaintiff reserves the right to supplement the foregoing witness list and exhibit list. The Plaintiff also reserves the right to use impeachment and/or rebuttal witnesses, and/or exhibits at trial.

Respectfully submitted,

**The Frasher Law Firm, P.C.**

By:   s/ Ryan Frasher

Ryan Frasher, Esq.
**THE FRASHER LAW FIRM, P.C.**
155 E. Market Street, Ste. 450
Indianapolis, IN 46204
(317) 634-5544 ó telephone
(317) 630-4824 ó facsimile
email: rfrasher@frasherlaw.com

Eric G. Calhoun, Esq.
**TRAVIS, CALHOUN & CONLON, P.C.**
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas  75244
(972) 934-4100 ó telephone
(972) 934-4101 ó facsimile
e-mail:  eric@travislaw.com

**ATTORNEYS FOR PLAINTIFF AND
PROPOSED CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2rd day of May, 2012, the below counsel of record will be served with a copy of this document via the Courtøs CM/ECF system pursuant to the local rules of this Court, or other allowable means. If said counsel of record has not registered for electronic notice, a copy will be served via first class U.S. mail.

Theodore J. Nowacki
tnowacki@boselaw.com

Nathan T. Danielson
ndanielson@boselaw.com

            s/ Ryan Frasher
            Ryan Frasher